HAROLD E. GRIEST *v.* MARY KELLY GRIEST.
[No. 87, October Term, 1927.]

*Decided February 2nd, 1928.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Frederick Lee Cobourn,* for the appellant.

*Robert H. Archer,* for the appellee.

ADKINS, J., delivered the opinion of the Court, affirming the decree, with costs to the appellee.